UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEPPLER and KIFUMI KEPPLER,<br><br>Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, et al.,<br><br>Defendants. | No. 2:17-cv-2232 MCE DB PS<br><br>ORDER |

Plaintiffs James Keppler and Kifumi Keppler, proceeding pro se, commenced this action on October 25, 2017, by filing a complaint and paying the required filing fee. (ECF No. 1.) The case has been referred to the undersigned pursuant to Local Rule 302(c)(21). On January 23, 2018, an order issued setting this matter for a Status (Pretrial Scheduling) Conference on March 9, 2018. (ECF No. 4.)

However, on February 13, 2018, defendants' filed a motion to dismiss. (ECF No. 5.) Defendants' motion to dismiss will be heard before the undersigned on May 18, 2018. (ECF No. 15.) In this regard, it appears that a Status (Pretrial Scheduling) Conference is premature.

////

////

1

Accordingly, IT IS HEREBY ORDERED that the March 9, 2018 Status (Pretrial Scheduling) Conference is vacated.

Dated: March 5, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/keppler2232.ossc.vac